**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF PENNSYLVANIA

Case number *(if known)* _____   Chapter __**11**__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if
known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **LYM Development, LLC.** | |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **85-2110893** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **200 Davistown Rd.** **Blackwood, NJ 08012** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Camden** | **Location of principal assets, if different from principal place of business** |
| County | **901-911 Emily Street Philadelphia, PA 19148** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   _____

6. **Type of debtor**

   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding LLP)

   ☐ Other. Specify: _____

| Debtor | LYM Development, LLC. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

 5313 

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

Debtor   **LYM Development, LLC.**                                    Case number (*if known*) _____
         Name

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | |
|---|---|
| Debtor _____ | Relationship _____ |
| District _____   When _____ | Case number, if known _____ |

**11.  Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

---

███  **Statistical and administrative information**

**13.  Debtor's estimation of available funds**         .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.  Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor    **LYM Development, LLC.**

Name

Case number (*if known*)

☐ $50,001 - $100,000            ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000           ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million         ☐ $100,000,001 - $500 million       ☐ More than $50 billion

| Debtor | **LYM Development, LLC.** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|
| | I have been authorized to file this petition on behalf of the debtor. |
| | I have examined the information in this petition and have a reasonable belief that the information is true and correct. |
| | I declare under penalty of perjury that the foregoing is true and correct. |

Executed on    05/16/2023
                        MM / DD / YYYY

X _____          **Michaela Hayes**
Signature of authorized representative of debtor     Printed name

Title    **100 Percent LLC Member/President**

---

**18. Signature of attorney**

X   */s/ Holly  S. Miller*                              Date    05/17/2023
Signature of attorney for debtor                              MM / DD / YYYY

**Holly** S. **Miller**
Printed name

**Gellert, Scali, Busenkell & Brown, LLC**
Firm name

**8 Penn Center**
**1628 JFK Blvd Ste 1901**
**Philadelphia, PA 19103**
Number, Street, City, State & ZIP Code

Contact phone    **215-238-0015**          Email address    **hsmiller@gsbblaw.com**

**PA 203979 PA**
Bar number and State

### CERTIFICATE OF RESOLUTION
### AUTHORIZING PREPARATION FOR FILING OF
### VOLUNTARY PETITION FOR REORGANIZATION
### UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

The Board of Directors (the "Board of Directors") of LYM Development, LLC., (the "Company"), duly constituted hereby submits the following resolutions adopted by unanimous consent by Members of the Board of Directors ("Members"):

### Approval and Authorization of Filings Under Chapter 11 of the U.S. Bankruptcy Code

**WHEREAS**, that in the judgment of the Board of Directors, it may become desirable and in the best interests of the Corporation, its creditors, stockholders and other interested parties, that a petition for reorganization of the Corporation be filed under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code");

**RESOLVED**, that the Managing Director (the "Authorized Officer") is hereby authorized, empowered and directed, on behalf of the Corporation, to take all necessary actions and make all necessary preparations for the Corporation to be in a position to commence a case under Chapter 11 of the Bankruptcy Code (the "Chapter 11 Case"), and to commence the Chapter 11 Case, in the venue that the Authorized Officer deems appropriate and at such time that the Authorized Officer deems appropriate, in the exercise of his discretion and professional expertise;

**RESOLVED**, that the Authorized Officer of the Company shall be and hereby is authorized and directed to do and perform all such acts and things to be prepared to execute and file all petitions, plans, pleadings, schedules, lists, statements, applications, documents, certificates and other papers, and to take such other steps as may be deemed necessary or desirable in order to conduct a case under Chapter 11 of the Bankruptcy Code and to effectuate a reorganization or sale of the Company under Chapter 11 as is deemed appropriate;

**RESOLVED**, that the Company shall continue to employ, subject to any requisite bankruptcy court approval, Mikaela Hayes, as its Authorized Officer to advise the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations;

**RESOLVED**, that the Company shall employ, subject to any requisite bankruptcy court approval, the law firm of Gellert Scali Busenkell and Brown, LLC as general reorganization counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Officer is hereby authorized and directed to cause to be filed an appropriate application for authority to retain the services of Gellert Scali Busenkell & Brown, LLC;

**RESOLVED,** that the Company shall employ, subject to any requisite bankruptcy court approval, such other professionals and persons as the Authorized Officer determines are necessary in order to conduct the Chapter 11 Case and to operate the business while subject to the jurisdiction of the Bankruptcy Court;

**RESOLVED**, that in addition to the specific authorizations heretofore conferred upon the Authorized Officer, the Authorized Officer and such other officers of the Company as any Authorized Officer shall from time to time designate, and any employees or agents (including counsel) designated by or directed by any such Authorized Officer, be authorized and empowered to cause the Company to enter into, execute, deliver, certify, file and/or record, and perform such agreements, instruments, motions, declarations, affidavits, applications for approvals or ruling of governmental or regulatory authorities, certificates and other documents, and to take such other actions as in the judgment of such officer shall be or become necessary, proper and desirable to conduct the Chapter 11 Case and to effectuate a reorganization or liquidation of the Corporation as is deemed appropriate; and

**RESOLVED**, that any and all actions heretofore or hereafter taken by the officers or directors of the Company in the name of and on behalf of the Company in furtherance of any or all of the foregoing resolutions are hereby ratified and confirmed in their entirety.

I, Mikaela Hayes, President of LYM Development, LLC. do hereby certify that the foregoing is a true, complete and accurate copy of the resolutions duly resolved by the Board of Directors of said Company by unanimous consent; and I do further certify that these resolutions have not been altered, amended, repealed or rescinded and are now in full force and effect.

The undersigned further certifies that the Board of Directors had at the time of the adoption of said resolutions full power and authority to adopt said resolutions, and that the Board of Directors now has said power and authority.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the corporate seal of Lym Development, LLC. This __18__ day of __april__, 2023.

By: _____

Name: _Michaela Hayes_

Title:   President and Managing Member

**Debtor's Cash Flow**

| 2255 Greenwhich | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week | | Week of 1 | Week of 2 | Week of 3 | Week of 4 | Week of 5 | Week of 6 | Week of 7 | Week of 8 | Week of 9 | Week of 10 | Week of 11 | Week of 12 | Week of 13 | TOTALS |
| PROJECTED EXPENSES | | $0.00 | $0.00 | $0.00 | $660.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,980.00 |
| Mortgage | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| utilities | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Taxes | | $0.00 | $0.00 | $0.00 | $660.00 | $0.00 | $0.00 | $0.00 | $660.00 | $0.00 | $0.00 | $0.00 | $660.00 | $0.00 | $1,980.00 |
| | | | | | | | | | | | | | | | |
| INCOME | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00 | 0.00 |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

| 2255 Greenwhich | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week | | Week of 1 | Week of 2 | Week of 3 | Week of 4 | Week of 5 | Week of 6 | Week of 7 | Week of 8 | Week of 9 | Week of 10 | Week of 11 | Week of 12 | Week of 13 | TOTALS |
| PROJECTED EXPENSES | | $3,092.00 | $0.00 | $6,300.00 | $49,208.00 | $81,246.00 | $0.00 | $0.00 | $0.00 | $56,324.00 | $1,546.00 | $0.00 | $11,965.00 | $0.00 | $209,681.00 |
| Repairs | | $1,546.00 | $0.00 | $6,300.00 | $48,900.00 | $79,700.00 | $0.00 | $0.00 | $0.00 | $56,324.00 | $0.00 | $0.00 | $11,657.00 | $0.00 | $204,427.00 |
| Utilities | | $0.00 | $0.00 | $0.00 | $308.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $308.00 | $0.00 | $616.00 |
| Administrative | | $1,546.00 | $0.00 | $0.00 | $0.00 | $1,546.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,546.00 | $0.00 | $0.00 | $0.00 | $4,638.00 |
| | | | | | | | | | | | | | | | |
| INCOME | | 3,092 | 0 | 0 | 55,508 | 81246 | 0 | 0 | 0 | 56324 | 1546 | 0 | 11965 | 0.00 | 201,670.00 |

| 1923 Gerritt | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week | | Week of 1 | Week of 2 | Week of 3 | Week of 4 | Week of 5 | Week of 6 | Week of 7 | Week of 8 | Week of 9 | Week of 10 | Week of 11 | Week of 12 | Week of 13 | TOTALS |
| PROJECTED EXPENSES | | $9,746.00 | $0.00 | $39,231.00 | $16,200.00 | $13,686.20 | | $15,300.00 | $10,693.00 | | | $12,216.00 | | $5,778.98 | $122,851.18 |
| Repairs | | $9,200.00 | | $38,923.00 | $16,200.00 | $13,686.20 | | $15,300.00 | $10,693.00 | | | $11,670.00 | | $5,470.98 | $121,143.18 |
| utilities | | $0.00 | | $308.00 | | | | | | | | | | $308.00 | $616.00 |
| Administrative | | $546.00 | | | | | | | | | | $546.00 | | $0.00 | $1,092.00 |
| | | | | | | | | | | | | | | | |
| INCOME | | 9,200 | | 38,923 | 16,200 | | | 25,300 | 10,693 | | | | | 3,267.77 | 103,583.77 |

| 2255 Greenwhich | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week | | Week of 1 | Week of 2 | Week of 3 | Week of 4 | Week of 5 | Week of 6 | Week of 7 | Week of 8 | Week of 9 | Week of 10 | Week of 11 | Week of 12 | Week of 13 | TOTALS |
| PROJECTED EXPENSES | | $17,846.00 | $69,400.00 | $108,900.00 | $297,446.00 | $17,600.00 | $128,670.00 | $0.00 | $93,002.00 | $68,430.00 | $0.00 | $112,456.00 | $13,203.00 | $89,500.00 | $1,145,123.00 |
| Repairs | | $16,300.00 | $69,400.00 | $108,900.00 | $295,900.00 | $17,600.00 | $128,670.00 | $0.00 | $91,456.00 | $68,430.00 | $0.00 | $112,456.00 | $11,657.00 | $89,500.00 | $1,138,939.00 |
| Utilities | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Administrative | | $1,546.00 | $0.00 | $0.00 | $1,546.00 | $0.00 | $0.00 | $0.00 | $1,546.00 | $0.00 | $0.00 | $0.00 | $1,546.00 | $0.00 | $6,184.00 |
| | | | | | | | | | | | | | | | |
| INCOME | | 17,846 | 69400 | 108,900 | 297,446 | 81246 | 128670 | 0 | 0 | 0 | 0 | 0 | 0 | 35,162.00 | 738,670.00 |

1

| Week | | Week of 1 | Week of 2 | Week of 3 | Week of 4 | Week of 5 | Week of 6 | Week of 7 | Week of 8 | Week of 9 | Week of 10 | Week of 11 | Week of 12 | Week of 13 | TOTALS |
|------|--|-----------|-----------|-----------|-----------|-----------|-----------|-----------|-----------|-----------|------------|------------|------------|------------|--------|
| | | | | | | | 2255 Greenwhich | | | | | | | | |
| PROJECTED EXPENSES | | $2,178.00 | $0.00 | $0.00 | $2,178.00 | $0.00 | | $0.00 | $2,178.00 | | | $0.00 | $2,178.00 | $0.00 | $8,712.00 |
| Mortgage | | $2,001.00 | $0.00 | $0.00 | $2,001.00 | $0.00 | $0.00 | $0.00 | $2,001.00 | $0.00 | $0.00 | $0.00 | $2,001.00 | $0.00 | $8,004.00 |
| utilities | | $177.00 | $0.00 | $0.00 | $177.00 | $0.00 | $0.00 | $0.00 | $177.00 | $0.00 | $0.00 | $0.00 | $177.00 | $0.00 | $708.00 |
| Administrative | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | | | | | | | |
| INCOME | | 2,200 | 0 | 0 | 2,200 | 0 | 0 | 0 | 2,200 | 0 | 0 | 0 | 2200 | 0.00 | 8,800.00 |

**Fill in this information to identify the case:**

Debtor name    **LYM Development, LLC.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■  *Schedule H: Codebtors* (Official Form 206H)

■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule*

■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    05/16/2023        x _____
                                    Signature of individual signing on behalf of debtor

                                    **Michaela Hayes**
                                    Printed name

                                    **100 Percent LLC Member/President**
                                    Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **LYM Development, LLC.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF PENNSYLVANIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 3PCG Inc 1019 Avenue P Suite 401 Brooklyn, NY 11223 | NJSOSUCCFilings V3@cscglobal.com | 439 Erial Rd Sicklerville, NJ 08081 UCC All personal property of any kind | Disputed | Unknown | Unknown | Unknown |
| American Express PO Box 981535 El Paso, TX 79998-1535 | | Credit Card | | | | $4,418.70 |
| American Heritage Lending LLC 2060 Red Lion Rd Philadelphia, PA 19115 | | 439 Erial Rd Sicklerville, NJ 08081 | | $280,000.00 | Unknown | Unknown |
| Angelina Lee 1 West Street Apt 2034 New York, NY 10004 | | Investment | Contingent Unliquidated Disputed | | | $83,000.00 |
| BlueVine Capital 401 Warren Street Redwood City, CA 94063 | | | | | | $19,365.59 |
| City of Philadelphia Department of Revenue PO Box 1630 Philadelphia, PA 19105 | | 2012 S 9th Street Philadelphia, Pa 19148 includes parcels 901-911 Emily Street, Phila, pa | Disputed | $18,452.80 | Unknown | Unknown |
| City of Philadelphia Department of Revenue PO Box 1630 Philadelphia, PA 19105 | | 2012 S 9th Street Philadelphia, Pa 19148 includes parcels 901-911 Emily Street, Phila, pa | Disputed | $1,287.84 | Unknown | Unknown |

Debtor  **LYM Development, LLC.**                                          Case number *(if known)*  _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **City of Philadelphia Department of Revenue PO Box 1630 Philadelphia, PA 19105** | | **2012 S 9th Street Philadelphia, Pa 19148 includes parcels 901-911 Emily Street, Phila, pa** | **Disputed** | **$1,336.13** | **Unknown** | **Unknown** |
| **City of Philadelphia Department of Revenue PO Box 1630 Philadelphia, PA 19105** | | **1923 Gerritt Street Philadelphia, Pa 19146** | **Disputed** | **$3,556.21** | **Unknown** | **Unknown** |
| **City of Philadelphia Department of Revenue PO Box 1630 Philadelphia, PA 19105** | | **1524 S Cleveland Street Philadelphia Pa 19146** | **Disputed** | **$2,152.89** | **Unknown** | **Unknown** |
| **City of Philadelphia Department of Revenue PO Box 1630 Philadelphia, PA 19105** | | **2255 Greenwich Street Philadelphia, Pa 19146** | **Disputed** | **$2,056.58** | **Unknown** | **Unknown** |
| **City of Philadelphia Department of Revenue PO Box 1630 Philadelphia, PA 19105** | | **2012 S 9th Street Philadelphia, Pa 19148 includes parcels 901-911 Emily Street, Phila, pa** | **Disputed** | **$1,287.84** | **Unknown** | **Unknown** |
| **City of Philadelphia Department of Revenue PO Box 1630 Philadelphia, PA 19105** | | **2012 S 9th Street Philadelphia, Pa 19148 includes parcels 901-911 Emily Street, Phila, pa** | **Disputed** | **$1,287.84** | **Unknown** | **Unknown** |
| **City of Philadelphia Department of Revenue PO Box 1630 Philadelphia, PA 19105** | | **2012 S 9th Street Philadelphia, Pa 19148 includes parcels 901-911 Emily Street, Phila, pa** | **Disputed** | **$1,287.84** | **Unknown** | **Unknown** |
| **Custom Capital USA 1777 Reistertown Rd Suite 390 Pikesville, MD 21208** | | **LoAN** | **Unliquidated Disputed** | **$52,340.48** | **$0.00** | **$52,340.48** |
| **Liquidibee LLC 295 Madison Ave New York, NY 10017** | | | **Unliquidated Disputed** | **$43,975.00** | **$0.00** | **$43,975.00** |

Debtor  **LYM Development, LLC.**                                    Case number *(if known)* _____
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Marija Cocanovic 5840 Cameron Run Terrace Apt 603 Alexandria, VA 22303** | | **Investment** | **Contingent Unliquidated Disputed** | | | **$57,500.00** |
| **Milana Vukovic 2300 24th Street S. Apt 914 Arlington, VA 22206** | | **Investment** | **Contingent Unliquidated Disputed** | | | **$61,496.25** |
| **Parkside Funding Group 1777 Reistertown Rd Suite 390 Pikesville, MD 21208** | | **LoAN** | **Unliquidated Disputed** | **$66,642.90** | **$0.00** | **$66,642.90** |
| **Philip Menaged 3382 Brae Bourn DR Huntingdon Valley, PA 19006** | | **Loan** | | | | **$25,000.00** |

**Fill in this information to identify the case:**

Debtor name          **LYM Development, LLC.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | Summary of Assets |
|---|---|

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................... $ _____ 0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................................. $ _____ 35,700.00

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................................... $ _____ 35,700.00

| Part 2: | Summary of Liabilities |
|---|---|

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $ _____ 3,996,952.19

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................. $ _____ 0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... +$ _____ 450,542.26

4.  **Total liabilities** ........................................................................................................................
    Lines 2 + 3a + 3b

$ **4,447,494.45**

**Fill in this information to identify the case:**

Debtor name    **LYM Development, LLC.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.   **Bank of America** | **checking** | 9579 | $0.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**      $0.00
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit
     **Escrow Account for DeMatteo matter  held by Law Offices of Joy M. Kreutzer 668 Woodbourne Rd**
7.1.   **Langhorne, Pa 19047**      $25,000.00

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.    **Total of Part 2.**      $25,000.00
     Add lines 7 through 8. Copy the total to line 81.

| Debtor | **LYM Development, LLC.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

---

| **Part 3:** | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

11.      **Accounts receivable**

11a. 90 days old or less: _____ - _____ = .... _____
                          face amount         doubtful or uncollectible accounts

11b. Over 90 days old: _____ - _____ =.... _____
                        face amount         doubtful or uncollectible accounts

12.    **Total of Part 3.**
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.      [_____]

| **Part 4:** | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

14.    **Mutual funds or publicly traded stocks not included in Part 1**

       Name of fund or stock:

       14.1. _____      _____   _____

15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

       Name of entity:                          % of ownership

       15.1. _____   _____ %   _____   _____

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

       Describe:

       16.1. _____      _____   _____

17.    **Total of Part 4.**
       Add lines 14 through 16.  Copy the total to line 83.      [_____]

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

Debtor    **LYM Development, LLC.**    Case number *(If known)* _____
_____
Name

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. Raw materials **Wood, Drywall, Nails, Screws, Plumbing supplies** | | **$10,700.00** | **Replacement** | **$10,700.00** |

| | |
|---|---|
| 20. | **Work in progress** |
| 21. | **Finished goods, including goods held for resale** |
| 22. | **Other inventory or supplies** |

| 23. | **Total of Part 5.** | **$10,700.00** |
|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | |

**24.** **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 28. | **Crops-either planted or harvested** | | | |
| 29. | **Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |
| 30. | **Farm machinery and equipment** *(Other than titled motor vehicles)* | | | |

Debtor    **LYM Development, LLC.**                                    Case number *(If known)* _____
          Name

31.    **Farm and fishing supplies, chemicals, and feed**

_____    _____    _____    _____

32.    **Other farming and fishing-related property not already listed in Part 6**

_____    _____    _____    _____

33.    **Total of Part 6.**
       Add lines 28 through 32.  Copy the total to line 85.

34.    **Is the debtor a member of an agricultural cooperative?**
       ☐ No
       ☐ Yes.  Is any of the debtor's property stored at the cooperative?
              ☐ No
              ☐ Yes

35.    **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
       ☐ No
       ☐ Yes. Book value _____    Valuation method _____    Current Value _____

36.    **Is a depreciation schedule available for any of the property listed in Part 6?**
       ☐ No
       ☐ Yes

37.    **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
       ☐ No
       ☐ Yes

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ■ No.  Go to Part 8.
   ☐ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.    Office furniture** | | | |
| | | | |
| **40.    Office fixtures** | | | |
| | | | |
| **41.    Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | | | |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
       collections; other collections, memorabilia, or collectibles

Debtor    **LYM Development, LLC.**                                    Case number *(If known)* _____
        Name

42.1. _____    _____    _____    _____

---

43.    **Total of Part 7.**                                                          [_____]
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ☐ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ☐ No
       ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No.  Go to Part 9.
   ☐ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| 47.1. _____ | _____ | _____ | _____ |
| **48.** | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | |
| 48.1. _____ | _____ | _____ | _____ |
| **49.** | **Aircraft and accessories** | | |
| 49.1.. _____ | _____ | _____ | _____ |
| **50.** | **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | |
| _____ | _____ | _____ | _____ |

51.    **Total of Part 8.**                                                          [_____]
       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ☐ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ☐ No
       ☐ Yes

| Debtor | **LYM Development, LLC.** | Case number *(If known)* |
|---|---|---|
| | Name | |

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

■ Yes Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **2012 S 9th Street Philadelphia, Pa 19148 includes parcels 901-911 Emily Street, Phila, pa** | Fee simple | Unknown | N/A | Unknown |
| 55.2.  **1923 Gerritt Street Philadelphia, Pa 19146** | Fee simple | Unknown | N/A | Unknown |
| 55.3.  **1524 S Cleveland Street Philadelphia Pa 19146** | Fee simple | Unknown | N/A | Unknown |
| 55.4.  **2255 Greenwich Street Philadelphia, Pa 19146** | Fee simple | Unknown | N/A | Unknown |
| 55.5.  **439 Erial Rd Sicklerville, NJ 08081** | Fee simple | Unknown | N/A | Unknown |

56.  **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $0.00 |
|---|

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No

☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.

Debtor   **LYM Development, LLC.**                          Case number *(If known)* _____
         Name

☐ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**                                                                    _____

    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
    ☐ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ☐ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor    **LYM Development, LLC.**    Case number *(If known)* _____
Name

| | **Current value of debtor's interest** |
|---|---|

**71.    Notes receivable**
Description (include name of obligor)

_____    _____ - _____ = _____
Total face amount    doubtful or uncollectible amount

**72.    Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

_____    Tax year _____    _____

**73.    Interests in insurance policies or annuities**

_____    _____

**74.    Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    _____

**Nature of claim** _____
**Amount requested** _____

**75.    Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    _____

**Nature of claim** _____
**Amount requested** _____

**76.    Trusts, equitable or future interests in property**

_____    _____

**77.    Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____    _____

**78.    Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

_____

**79.    Has any of the property listed in Part 11 been appraised by a professional within the last year?**

Debtor    **LYM Development, LLC.**_____    Case number *(If known)* _____
          Name

☐ No
☐ Yes

| Debtor | **LYM Development, LLC.** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

<table>
<tr><td style="background:black;color:white">Part 12:</td><td>**Summary**</td></tr>
</table>

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $25,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $10,700.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $35,700.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $35,700.00 |

**Fill in this information to identify the case:**

Debtor name    **LYM Development, LLC.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br><br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **3PCG Inc** | | |
|---|---|---|---|

| | | | Unknown | Unknown |

**3PCG Inc**
Creditor's Name

**1019 Avenue P
Suite 401
Brooklyn, NY 11223**
Creditor's mailing address

**NJSOSUCCFilingsV3@csc
global.com**
Creditor's email address, if known

**Date debt was incurred**
**10/20/22**

**Last 4 digits of account number**
**4612**

**Do multiple creditors have an
interest in the same property?**
☐ No
☑ Yes. Specify each creditor,
including this creditor and its relative
priority.
**1. American Heritage
Lending LLC
2. 3PCG Inc**

Describe debtor's property that is subject to a lien
**439 Erial Rd
Sicklerville, NJ 08081**
**UCC All personal property of any kind**

Describe the lien
**NJ UCC Lien   Filed**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

| 2.2 | **American Heritage Lending LLC** | | $280,000.00 | Unknown |
|---|---|---|---|---|

**American Heritage Lending
LLC**
Creditor's Name

**2060 Red Lion Rd
Philadelphia, PA 19115**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**April 25, 2022**

**Last 4 digits of account number**

Describe debtor's property that is subject to a lien
**439 Erial Rd
Sicklerville, NJ 08081**

Describe the lien
**Mortgage**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Debtor | **LYM Development, LLC.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**4044**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **City of Philadelphia** | Describe debtor's property that is subject to a lien | $18,452.80 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Department of Revenue
PO Box 1630
Philadelphia, PA 19105**

Creditor's mailing address

**2012 S 9th Street
Philadelphia, Pa 19148
includes parcels 901-911 Emily Street, Phila, pa**

Describe the lien

**Real Estate Tax Lien**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred
2022-2023**

**Last 4 digits of account number
0605**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**1. ING PROPERTIES LLC
2. City of Philadelphia
3. City of Philadelphia
4. City of Philadelphia
5. City of Philadelphia
6. City of Philadelphia
7. City of Philadelphia
8. City of Philadelphia**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.4 | **City of Philadelphia** | Describe debtor's property that is subject to a lien | $1,287.84 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Department of Revenue
PO Box 1630
Philadelphia, PA 19105**

Creditor's mailing address

**2012 S 9th Street
Philadelphia, Pa 19148
includes parcels 901-911 Emily Street, Phila, pa**

Describe the lien

**Real Estate Tax Lien**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred
2022-2023**

**Last 4 digits of account number
2900**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor   **LYM Development, LLC.** _____   Case number (if known) _____
       Name

☐ No
☑ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.3**

☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.5 | **City of Philadelphia** | Describe debtor's property that is subject to a lien | $1,336.13 | Unknown |

Creditor's Name

**Department of Revenue
PO Box 1630
Philadelphia, PA 19105**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
2022-2023**
**Last 4 digits of account number
5400**

**Do multiple creditors have an
interest in the same property?**
☐ No
☑ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.3**

**2012 S 9th Street
Philadelphia, Pa 19148
includes parcels 901-911 Emily Street, Phila,
pa**

Describe the lien
**Real Estate Tax Lien**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.6 | **City of Philadelphia** | Describe debtor's property that is subject to a lien | $3,556.21 | Unknown |

Creditor's Name

**Department of Revenue
PO Box 1630
Philadelphia, PA 19105**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
2022-2023**
**Last 4 digits of account number
2600**

**Do multiple creditors have an
interest in the same property?**
☐ No
☑ Yes. Specify each creditor,
including this creditor and its relative
priority.
**1. FTF Lending, LLC dba
Fund That Flip
2. City of Philadelphia**

**1923 Gerritt Street
Philadelphia, Pa 19146**

Describe the lien
**Real Estate Tax Lien**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.7 | **City of Philadelphia** | Describe debtor's property that is subject to a lien | $2,152.89 | Unknown |

Creditor's Name

**Department of Revenue
PO Box 1630
Philadelphia, PA 19105**

Creditor's mailing address

**1524 S Cleveland Street
Philadelphia Pa 19146**

Describe the lien

---

| Debtor | **LYM Development, LLC.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Real Estate Tax Lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**2022-2023**
**Last 4 digits of account number**
**3500**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. FTF Lending, LLC dba Fund That Flip**
**2. City of Philadelphia**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.8 | **City of Philadelphia** | Describe debtor's property that is subject to a lien | $2,056.58 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Department of Revenue**
**PO Box 1630**
**Philadelphia, PA 19105**

Creditor's mailing address

**2255 Greenwich Street**
**Philadelphia, Pa 19146**

**Describe the lien**
**Real Estate Tax Lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**2022-2023**
**Last 4 digits of account number**
**1400**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. FTF Lending, LLC dba Fund That Flip**
**2. City of Philadelphia**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.9 | **City of Philadelphia** | Describe debtor's property that is subject to a lien | $1,287.84 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Department of Revenue**
**PO Box 1630**
**Philadelphia, PA 19105**

Creditor's mailing address

**2012 S 9th Street**
**Philadelphia, Pa 19148**
**includes parcels 901-911 Emily Street, Phila, pa**

**Describe the lien**
**Real Estate Tax Lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**2022-2023**
**Last 4 digits of account number**
**3000**

Debtor    **LYM Development, LLC.**                                    Case number (if known) _____
_____
Name

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.3** | ■ Disputed |

---

| 2.1 0 | **City of Philadelphia** | **Describe debtor's property that is subject to a lien** | $1,287.84 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Department of Revenue
PO Box 1630
Philadelphia, PA 19105**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
2022-2023**
**Last 4 digits of account number
3100**

**Describe debtor's property that is subject to a lien**
**2012 S 9th Street
Philadelphia, Pa 19148
includes parcels 901-911 Emily Street, Phila,
pa**

**Describe the lien**
**Real Estate Tax Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.3**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 1 | **City of Philadelphia** | **Describe debtor's property that is subject to a lien** | $1,287.84 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Department of Revenue
PO Box 1630
Philadelphia, PA 19105**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
2022-2023**
**Last 4 digits of account number
3200**

**Describe debtor's property that is subject to a lien**
**2012 S 9th Street
Philadelphia, Pa 19148
includes parcels 901-911 Emily Street, Phila,
pa**

**Describe the lien**
**Real Estate Tax Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.3**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 2 | **City of Philadelphia** | **Describe debtor's property that is subject to a lien** | $1,287.84 | Unknown |
|---|---|---|---|---|

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 5 of 10

Debtor  **LYM Development, LLC.**
_____
Name

Case number (if known) _____

---

Creditor's Name

**Department of Revenue
PO Box 1630
Philadelphia, PA 19105**
_____
Creditor's mailing address

_____
Creditor's email address, if known

Date debt was incurred
**2022-2023**
Last 4 digits of account number
**8400**

Do multiple creditors have an
interest in the same property?
☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.3**

**2012 S 9th Street
Philadelphia, Pa 19148
includes parcels 901-911 Emily Street, Phila,
pa**
_____
Describe the lien
**Real Estate Tax Lien**
_____
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 3 | **Custom Capital USA** | Describe debtor's property that is subject to a lien | **$52,340.48** | **$0.00** |

Creditor's Name

**1777 Reistertown Rd
Suite 390
Pikesville, MD 21208**
_____
Creditor's mailing address

_____
Creditor's email address, if known

Date debt was incurred
**7/13/22**
Last 4 digits of account number

Do multiple creditors have an
interest in the same property?
■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**LoAN**
_____
_____
Describe the lien
**NJ UCC   860758120**
_____
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

---

| 2.1 4 | **FTF Lending, LLC dba Fund That Flip** | Describe debtor's property that is subject to a lien | **$403,000.00** | **Unknown** |

Creditor's Name

**10 E 23rd Street
5th Floor
New York, NY 10010**
_____
Creditor's mailing address

_____
Creditor's email address, if known

Date debt was incurred
**Feb 25, 2022**

**1524 S Cleveland Street
Philadelphia Pa 19146**
_____
Describe the lien
**Mortgage**
_____
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 6 of 10

Debtor **LYM Development, LLC.**

Name                                                  Case number (if known)

**Last 4 digits of account number**
**6238**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.7** | ☐ Disputed |

---

| 2.1 5 | **FTF Lending, LLC dba Fund That Flip** | Describe debtor's property that is subject to a lien | $357,000.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**10 E 23rd Street**
**5th Floor**
**New York, NY 10010**

Creditor's mailing address

**1923 Gerritt Street**
**Philadelphia, Pa 19146**

Describe the lien

**Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**6/21/21**

**Last 4 digits of account number**
**6238**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.6** | ☐ Disputed |

---

| 2.1 6 | **FTF Lending, LLC dba Fund That Flip** | Describe debtor's property that is subject to a lien | $210,000.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**10E 23RD Street**
**5th Floor**
**New York, NY 10010**

Creditor's mailing address

**2255 Greenwich Street**
**Philadelphia, Pa 19146**

Describe the lien

**Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**3/26/21**

**Last 4 digits of account number**
**6238**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.8** | ☐ Disputed |

---

| 2.1 7 | **ING PROPERTIES LLC** | Describe debtor's property that is subject to a lien | $2,550,000.00 | Unknown |
|---|---|---|---|---|

| Debtor | **LYM Development, LLC.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

Creditor's Name

**4611 36th Street N
Arlington, VA 22207**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
12-16-22**

**Last 4 digits of account number
2900;3000**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.3**

**2012 S 9th Street
Philadelphia, Pa 19148
includes parcels 901-911 Emily Street, Phila, pa**

Describe the lien
**CONFESSION OF JUDGMENT**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 8 | **Liquidibee LLC** | Describe debtor's property that is subject to a lien | $43,975.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**295 Madison Ave
New York, NY 10017**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
9/26/22**

**Last 4 digits of account number
1833**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe the lien
**NJ UCC Filing**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☑ Unliquidated
☑ Disputed

---

| 2.1 9 | **Parkside Funding Group** | Describe debtor's property that is subject to a lien | $66,642.90 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**1777 Reistertown Rd
Suite 390
Pikesville, MD 21208**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
9/15/22**

Describe the lien
**LoAN**

Describe the lien
**UCC NJ 561844822 /UCC IL 28887035**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

| Debtor | **LYM Development, LLC.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ■ Disputed |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$3,996,952.19

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **BSI Financial Services**<br>**PO Box 517**<br>**314 South Franklin Street**<br>**Titusville, PA 16354** | Line **2.2** | **4044** |
| **Corporate Services Company**<br>**PO Box 2575**<br>**Springfield, IL 62708** | Line **2.18** | **1833** |
| **Daniel S Bernheim III, Esquire**<br>**Wilenz Goldman & Spitzer, PA**<br>**Two Penn Center Plaza**<br>**Suite 910**<br>**Philadelphia, PA 19102** | Line **2.17** | **1606** |
| **Erick Mundaca, Esquire**<br>**Merel Corp**<br>**111 John Street**<br>**Suite 1210**<br>**New York, NY 10038** | Line **2.18** | |
| **ING PROPERTIES LLC**<br>**4611 36th Street N**<br>**Arlington, VA 22207** | Line **2.2** | |
| **Law Offices of Isaac H Greenfield PLLC**<br>**2 Executive Blvd**<br>**Suffern, NY 10901** | Line **2.19** | |
| **Law Offices of Isaac H Greenfield PLLC**<br>**2 Executive Blvd**<br>**Suffern, NY 10901** | Line **2.13** | |
| **Michael J Palumbo**<br>**4700 Rockside Rd Suite 440**<br>**Summit One**<br>**Independence, OH 44131** | Line **2.16** | **0642** |
| **Michael J. Palumbo, Esquire**<br>**4700 Rockside Rd Suite 440**<br>**Summit One**<br>**Independence, OH 44131** | Line **2.15** | **0621** |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 9 of 10

Debtor      **LYM Development, LLC.**                                              Case number (if known)
_____                            _____
              Name

**Wells Fargo Trust**
**919 N Market Street**                                         Line   **2.16**                          **0642**
**Suite 1600  Fl 7**
**Wilmington, DE 19801**

| Fill in this information to identify the case: |
|---|
| Debtor name **LYM Development, LLC.** |
| United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known) _____ |

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,418.70 |
| **American Express**<br>PO Box 981535<br>El Paso, TX 79998-1535 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim: __Credit Card__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |
| **3.2** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $83,000.00 |
| **Angelina Lee**<br>1 West Street<br>Apt 2034<br>New York, NY 10004 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __2021__ | Basis for the claim: __Investment__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |
| **3.3** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,365.59 |
| **BlueVine Capital**<br>401 Warren Street<br>Redwood City, CA 94063 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |
| **3.4** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $57,500.00 |
| **Marija Cocanovic**<br>5840 Cameron Run Terrace<br>Apt 603<br>Alexandria, VA 22303 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __2021__ | Basis for the claim: __Investment__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **LYM Development, LLC.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Michael J Dematteo**
**3 Cardigan Court**
**Sewell, NJ 08080**

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2543**

Basis for the claim: **Real Estate Transaction/Contract**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$138,760.00** |

**Michaela Hayes**
**200 Davistown Rd**
**Unit 491**
**Blackwood, NJ 08012**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2019 to Present**

Last 4 digits of account number _

Basis for the claim: **Loans**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,001.72** |

**Michaela Hayes**
**200 Davistown Rd**
**Unit 491**
**Blackwood, NJ 08012**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **May 1,2023 to Present**

Last 4 digits of account number _

Basis for the claim: **Loans to Obtain Property Insurance**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$61,496.25** |

**Milana Vukovic**
**2300 24th Street S.**
**Apt 914**
**Arlington, VA 22206**

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number _

Basis for the claim: **Investment**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |

**Philip Menaged**
**3382 Brae Bourn DR**
**Huntingdon Valley, PA 19006**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **4/14/23**

Last 4 digits of account number **N/A**

Basis for the claim: **Loan**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$60,000.00** |

**Zorana Mitic**
**1156 North Pitt Street**
**Alexandria, VA 22314**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2019-present**

Last 4 digits of account number _

Basis for the claim: **Loans**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

| Debtor | **LYM Development, LLC.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Andrew L Miller, Esquire**<br>**15 ST. Asaph's Rd**<br>**Bala Cynwyd, PA 19004** | Line __3.5__<br><br>☐ Not listed. Explain ____ | __2543__ |
| 4.2 | **Dave Kimble Floor Manager**<br>**Blue Vine** | Line __3.3__<br><br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b.  + | $ 450,542.26 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 450,542.26 |

**Fill in this information to identify the case:**

Debtor name    **LYM Development, LLC.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest — **Listing Agreement for 1524 S Cleveland Street Philadelphia, Pa** | |
| State the term remaining — **6 months** | |
| List the contract number of any government contract | **KW Philly South 728 S Broad Street Philadelphia, PA 19146** |
| **2.2.**  State what the contract or lease is for and the nature of the debtor's interest — **Agreement of Sale for 439 Erial Rd Sicklerville NJ 08081** | |
| State the term remaining | |
| List the contract number of any government contract | **Philip Menaged 3782 Brae Bourn Dr Huntingdon Valley, PA 19006** |
| **2.3.**  State what the contract or lease is for and the nature of the debtor's interest — **Rental Lease $2200 per month** | |
| State the term remaining — **Month to month** | |
| List the contract number of any government contract | **Yolaini Rodriguez 2255 Greenwhich Philadelphia, PA 19146** |

**Fill in this information to identify the case:**

Debtor name        **LYM Development, LLC.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Michaela Hayes** | **200 Davidson Road Unit 491 Blackwood, NJ 08012** | **FTF Lending, LLC dba Fund That Flip** | ■ D __2.14__ ☐ E/F _____ ☐ G _____ |
| 2.2 | **Michaela Hayes** | **200 Davidson Road Unit 491 Blackwood, NJ 08012** | **FTF Lending, LLC dba Fund That Flip** | ■ D __2.15__ ☐ E/F _____ ☐ G _____ |
| 2.3 | **Michaela Hayes** | **200 Davidson Road Unit 491 Blackwood, NJ 08012** | **FTF Lending, LLC dba Fund That Flip** | ■ D __2.16__ ☐ E/F _____ ☐ G _____ |
| 2.4 | **Zorana Mitic** | **1046 Amsterdam Ave Apartment 18 New York, NY 10025** | **FTF Lending, LLC dba Fund That Flip** | ■ D __2.14__ ☐ E/F _____ ☐ G _____ |

| Debtor | **LYM Development, LLC.** | Case number *(if known)* |
|--------|----------------------------|--------------------------|

| ▮ | **Additional Page to List More Codebtors** |
|---|---------------------------------------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|------|----------------------|---------------------------------------------------|------------------------------------------|-------------------------------|
| 2.5 | **Zorana Mitic** | **1046 Amsterdam Ave**<br>**Apartment 18**<br>**New York, NY 10025** | **FTF Lending, LLC**<br>**dba Fund That Flip** | ▮ D   **2.15**<br>☐ E/F _____<br>☐ G _____ |
| 2.6 | **Zorana Mitic** | **1046 Amsterdam Ave**<br>**Apartment 18**<br>**New York, NY 10025** | **FTF Lending, LLC**<br>**dba Fund That Flip** | ▮ D   **2.16**<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **Zorana Mitic** | **1156  North Pitt Street**<br>**Alexandria, VA 22314** | **Liquidibee LLC** | ▮ D   **2.18**<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **LYM Development, LLC.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    **Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$99,817.91** |
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$2,121,159.31** |
| **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$1,067,338.17** |

2.  **Non-business revenue**

    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**

    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Debtor    **LYM Development, LLC.** _____    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Fund That Flip**<br>**10 E 23rd Street 5th Floor**<br>**New York, NY 10010** | 1/31/23,2/1/2<br>32/2/23,2/10/<br>23 | $44,939.63 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **Lowes/Synchrony Bank**<br>**Attn: Bankruptcy Dept.**<br>**P.O. Box 965065**<br>**Orlando, FL 32896-5065** | 2/17/23 | $10,320.48 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Michaela Hayes**<br>**200 Davistown Rd**<br>**Unit 491**<br>**Blackwood, NJ 08012**<br>**100 percent owner/member** | 3/22/23<br>$315.24,<br>3/21/23<br>$905.42,<br>2/9/23 $650,<br>2/6/23<br>$1,624.77,<br>1/17/23<br>$1,581.72,1/1<br>3/23 $200,<br>12/28/22<br>$1,616.72,<br>11/22/22<br>$804.51,<br>11/22/22<br>$100, 9/1/22<br>$745.19,<br>9/9/22<br>$1,449.24,<br>9/20/22<br>$896.09,<br>8/5/22<br>$820.61,<br>8/23/22<br>$1,028.78,<br>6/29/22<br>41,014.50<br>and 5/2/22<br>*831.91 | $14,584.77 | **No salary. Was compensated<br>from time to time and,<br>reimbursement of expenses** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

| Debtor | LYM Development, LLC. | Case number *(if known)* | |

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **ING PROPERTIES LLC** <br> **4611 36th Street N** <br> **Arlington, VA 22207** | **Levied Bank of America Bank Account** <br> Last 4 digits of account number:  9579 | **Feb 9, 2023** | **$301.50** |

---

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title <br> Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **ING PROPERTIES, LLV v LYM Development, LLC** <br> **221201606** | **Confession of Judgment** | **Philadelphia Court of Common Pleas** | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| 7.2. | **Dematteo v LYM Development, LLC** <br> **220602543** | **Civil Action** | **Philadelphia Court of Common Pleas** | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| 7.3. | **FTF v Lym Development** <br> **23-05-00621** | **Foreclosure Action-1923 Gerritt Street Phila, Pa** | **Philadelphia Court of Common Pleas** | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| 7.4. | **Premia Amtrust 2017 Aggregate Reinsurance Trust v Lym Development** <br> **23-05-00642** | **Foreclosure Action 2255 Greenwich St Phila, Pa** | **Philadelphia Court of Common Pleas** | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

Debtor    **LYM Development, LLC.**                                                    Case number *(if known)*

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

### Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

### Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Gellert Scali Busenkell & Brown, LLC**<br>**Suite 1901**<br>**1628 JFK Blvd**<br>**Philadelphia, PA 19103** | | **4/24/23** | **$25,000.00** |
| | Email or website address<br>**hsmiller@gsbblaw.com** | | | |
| | Who made the payment, if not debtor?<br>**Debtor from loan from Philip Menaged** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

### Part 7:    Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

| Debtor | **LYM Development, LLC.** | Case number *(if known)* | |

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **1327  S Taylor Street Philadelphia, PA 19146** | **May 2021** |

## Part 8:    Health Care Bankrupticies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    **LYM Development, LLC.** _____    Case number _(if known)_ _____

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

### Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

### Part 12:  Details About Environment Information

For the purpose of Part 12, the following definitions apply:
_Environmental law_ means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

_Site_ means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

_Hazardous material_ means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

### Part 13:  Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

Debtor   **LYM Development, LLC.** _____   Case number *(if known)* _____

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Cindy Lohman**<br>**Diamond Bookkeeping**<br>**528 Villa Piazza**<br>**O Fallon, MO 63366** | cindy@diamondbk.net  314-413-3410<br><br>**2023** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Michaela Hayes** | **200 Davistown Road Unit 491 Blackwood, NJ 08012** | **President** | **100** |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

Debtor   **LYM Development, LLC.**                                          Case number *(if known)*

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **Zorana Mitic** | **1046 Amsterdam Ave Apt 18 New York, NY 10025** | **Member 50 percent** | **December 26, 2019 to October 2022** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ■ No
    ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ■ No
    ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

    ■ No
    ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   05/16/2023

Signature of individual signing on behalf of the debtor          **Michaela Hayes**
                                                                 Printed name

Position or relationship to debtor   **100 Percent LLC Member/President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re   **LYM Development, LLC.** _____   Case No. _____
                                                    Debtor(s)                    Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept _____   $ _____ **25,000.00**

    Prior to the filing of this statement I have received _____   $ _____ **25,000.00**

    Balance Due _____   $ _____ **0.00**

2.  The source of the compensation paid to me was:

    ■ Debtor       ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor       ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
        reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
        522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
    any other adversary proceeding.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

05/17/2023 _____        */s/ Holly  S. Miller*
_____
*Date*                                             **Holly S. Miller**
                                                   *Signature of Attorney*
                                                   **Gellert, Scali, Busenkell & Brown, LLC**
                                                   **8 Penn Center**
                                                   **1628 JFK Blvd Ste 1901**
                                                   **Philadelphia, PA 19103**
                                                   **215-238-0015  Fax: 215-238-0016**
                                                   **hsmiller@gsbblaw.com**
                                                   *Name of law firm*

---

## United States Bankruptcy Court
### Eastern District of Pennsylvania

In re    **LYM Development, LLC.** _____    Case No. _____
_____ Debtor(s)    Chapter    **11** _____

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Michaela Hayes<br>200 Davistown Rd<br>Unit 491<br>Blackwood, NJ 08012** | | **100 %** | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **100 Percent LLC Member/President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **05/16/2023** _____    Signature _____
**Michaela Hayes**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re    **LYM Development, LLC.** _____    Case No. _____

_____ Debtor(s)    Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the 100 Percent LLC Member/President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  05/16/2023 _____            _____

**Michaela Hayes**/**100 Percent LLC Member/President**
Signer/Title

.

3PCG Inc
1019 Avenue P
Suite 401
Brooklyn, NY 11223


American Express
PO Box 981535
El Paso, TX 79998-1535


American Heritage Lending LLC
2060 Red Lion Rd
Philadelphia, PA 19115


Andrew L Miller, Esquire
15 ST. Asaph's Rd
Bala Cynwyd, PA 19004


Angelina Lee
1 West Street
Apt 2034
New York, NY 10004


BlueVine Capital
401 Warren Street
Redwood City, CA 94063


BSI Financial Services
PO Box 517
314 South Franklin Street
Titusville, PA 16354


City of Philadelphia
Department of Revenue
PO Box 1630
Philadelphia, PA 19105


Corporate Services Company
PO Box 2575
Springfield, IL 62708

Custom Capital USA
1777 Reistertown Rd
Suite 390
Pikesville, MD 21208


Daniel S Bernheim III, Esquire
Wilenz Goldman & Spitzer, PA
Two Penn Center Plaza
Suite 910
Philadelphia, PA 19102


Dave Kimble Floor Manager
Blue Vine


Erick Mundaca, Esquire
Merel Corp
111 John Street
Suite 1210
New York, NY 10038


FTF Lending, LLC dba Fund That Flip
10 E 23rd Street
5th Floor
New York, NY 10010


FTF Lending, LLC dba Fund That Flip
10E 23RD Street
5th Floor
New York, NY 10010


ING PROPERTIES LLC
4611 36th Street N
Arlington, VA 22207


KW Philly South
728 S Broad Street
Philadelphia, PA 19146

Law Offices of Isaac H Greenfield PLLC
2 Executive Blvd
Suffern, NY 10901


Liquidibee LLC
295 Madison Ave
New York, NY 10017


Marija Cocanovic
5840 Cameron Run Terrace
Apt 603
Alexandria, VA 22303


Michael J Dematteo
3 Cardigan Court
Sewell, NJ 08080


Michael J Palumbo
4700 Rockside Rd Suite 440
Summit One
Independence, OH 44131


Michael J. Palumbo, Esquire
4700 Rockside Rd Suite 440
Summit One
Independence, OH 44131


Michaela Hayes
200 Davistown Rd
Unit 491
Blackwood, NJ 08012


Michaela Hayes
200 Davidson Road
Unit 491
Blackwood, NJ 08012

Milana Vukovic
2300 24th Street S.
Apt 914
Arlington, VA 22206


Parkside Funding Group
1777 Reistertown Rd
Suite 390
Pikesville, MD 21208


Philip Menaged
3382 Brae Bourn DR
Huntingdon Valley, PA 19006


Philip Menaged
3782 Brae Bourn Dr
Huntingdon Valley, PA 19006


Wells Fargo Trust
919 N Market Street
Suite 1600  Fl 7
Wilmington, DE 19801


Yolaini Rodriguez
2255 Greenwhich
Philadelphia, PA 19146


Zorana Mitic
1156 North Pitt Street
Alexandria, VA 22314


Zorana Mitic
1046 Amsterdam Ave
Apartment 18
New York, NY 10025


Zorana Mitic
1156 North Pitt Street
Alexandria, VA 22314

# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re    **LYM Development, LLC.** _____    Case No. _____
                                    Debtor(s)    Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **LYM Development, LLC.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Michaela Hayes
200 Davistown Rd
Unit 491
Blackwood, NJ 08012**

☐ None [*Check if applicable*]

05/17/2023

Date

*/s/ Holly  S. Miller*

**Holly S. Miller**
Signature of Attorney or Litigant
Counsel for   **LYM Development, LLC.**
**Gellert, Scali, Busenkell & Brown, LLC**
**8 Penn Center
1628 JFK Blvd Ste 1901
Philadelphia, PA 19103
215-238-0015 Fax:215-238-0016
hsmiller@gsbblaw.com**