UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | No.: 23-11435 |
| | : | |
| LYM Development, LLC | : | |
| | : | |
| Debtor | : | Chapter: 11 |

_____

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, Zorana Mitic, a party in interest in the above-captioned bankruptcy case (the "Case"), hereby files this Notice of Appearance and Request For Service of Notices and Pleadings, and does hereby request that all notices required to be given under Rule 2002, including notices under Rule 2002(i) that, but for this request, would be provided only to committees appointed pursuant to Title 11, U.S.C. § 101 *et seq*. or their authorized agents, and all papers served or required to be served in this Case and any related adversary proceeding, be given to and served upon the undersigned.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in Rule 2002 but also includes, without limitation, notices of any applications, motions, orders, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing, disclosure statements, plans of reorganization, or any other document brought before this Court with respect to this Case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile, electronic transmission or otherwise. The Clerk of the Court is requested to place the names and addresses of counsel as set forth in this Notice on any Master Service List in the Case.

By:   /s/ Jonathan H. Stanwood
      Jonathan H. Stanwood, Esquire
      1 Penn Center, Suite 500
      1617 J.F.K. Blvd
      Philadelphia, Pa 19103
      (215) 569-1040
      Dated: May 17, 2023