# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>LYM DEVELOPMENT, LLC, [1]<br><br>Debtor. | Chapter 11<br><br>Case No. 23-11435-pmm |

**ORDER**

Upon consideration of the Application for Compensation of Keller Williams Philly South ("KWPS"), as realtor for the Debtor in Possession for the sale of 2255 Greenwich Street, Philadelphia, Pa. ("the Application"), it is **ORDERED** that the Application is hereby granted and it is further **ORDERED** that the fee of $18,420.00 shall be allowed and it is directed that compensation shall be disbursed directly to KWPS at the real estate closing,

Date: _____                             _____
                                                  PATRICIA M. MAYER
                                                  UNITED STATES BANKRUPTCY JUDGE

---

[1] If applicable, the last four digits of the taxpayer identification number of the Debtor is 0893 and the Debtor's address is 200 Davistown Rd., Blackwood, NJ 08012.