IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

LYM DEVELOPMENT, LLC, [1]

    Debtor.

Chapter 11

Case No. 23-11435-pmm

## NOTICE OF APPLICATION OF KELLER WILLIAMS PHILLY SOUTH TO APPROVE REALTOR COMPENSATION RELATING TO THE SALE OF 2255 GREENWICH STREET, PHILADELPHIA, PA

    Keller Williams Philly South has filed an application for realtor compensation in the aggregate amount of $18,420.00 (the "Application").

    **<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

1. If you do not want the court to grant the relief sought in the Application or if you want the court to consider your views on the motion, then on or before **14 days from the date of this Notice**, you or your attorney must do all of the following:

(a) file an answer explaining your position at:

    United States Bankruptcy Court
    for the Eastern District of Pennsylvania
    900 Market Street, Suite 400
    Philadelphia, PA 19107-4299

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b) mail a copy to the Debtor's attorney:

    Holly S. Miller, Esquire
    Michael A. Cataldo, Esquire
    Gellert Scali Busenkell & Brown, LLC
    8 Penn Center
    1628 John F. Kennedy Blvd, Suite 1901
    Philadelphia, PA 19103

---

[1] If applicable, the last four digits of the taxpayer identification number of the Debtor is 0893 and the Debtor's address is 200 Davistown Rd., Blackwood, NJ 08012.

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the Application.

3. If a copy of the Application is not enclosed, a copy of the Application will be provided to you if you request a copy from the attorney named in paragraph 1(b).

4. You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

Date: July 18, 2023                    GELLERT SCALI BUSENKELL & BROWN, LLC

*/s/ Holly S. Miller*
Holly S. Miller, Esquire
Michael A. Cataldo, Esquire
8 Penn Center
1628 John F. Kennedy Blvd, Suite 1901
Philadelphia, PA 19106
Phone: (215) 238-0012
Fax: (215) 238-0016
Email: hsmiller@gsbblaw.com
         mcataldo@gsbblaw.com

*Counsel for the Debtor-in-Possession*