# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

LYM DEVELOPMENT, LLC, [1]

Debtor.

Chapter 11

Case No. 23-11435-pmm

## CERTIFICATION OF SERVICE

I, Holly S. Miller, Esquire, hereby certify that pursuant to Local Rules 2002-2, 2014-1 and 9014-4, on the date set forth below, a true and correct copy of the Foregoing Notice of Application and Application for Compensation of KWPS, as Real Estate Agent for the Debtor-In-Possession, was served via ECF on all parties who filed a request under L.B.R. 2002-1 to receive all notices in the case.

Date: July 18, 2023

GELLERT SCALI BUSENKELL & BROWN, LLC

/s/ Holly S. Miller
Holly S. Miller, Esquire
Michael A. Cataldo, Esquire
8 Penn Center
1628 John F. Kennedy Blvd, Suite 1901
Philadelphia, PA 19106
Phone: (215) 238-0012
Fax: (215) 238-0016
Email: hsmiller@gsbblaw.com
         mcataldo@gsbblaw.com

*Counsel for the Debtor-in-Possession*

---

[1] If applicable, the last four digits of the taxpayer identification number of the Debtor is 0893 and the Debtor's address is 200 Davistown Rd., Blackwood, NJ 08012.