**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                    :        **Chapter 11**
                                          :
  **LYM Development, LLC**                 :
                                          :
            **Debtor**          :        **Bky. No. 23-11435 PMM**

---------------------------------------------------------------------------------------------

## SCHEDULING ORDER

**AND NOW**, whereas the above-captioned debtor and debtor-in-possession (the "Debtor") has elected to proceed with this case under Subchapter V of Chapter 11 of Title 11 of the United States Code and the Court having held a status conference on July 12, 2023, and the Debtor's proposed plan of reorganization having been filed on August 4, 2023 (doc. #109),  IT IS HEREBY **ORDERED** that the following dates and deadlines will govern the procedure of this case:

1.    <u>Confirmation Hearing</u>. The Court shall hold a hearing on confirmation of the Debtor's plan of reorganization on Wednesday, September 13, 2023, at 9:30 a.m. in the United States Bankruptcy Court, Robert N.C. Nix., Sr., Federal Building, Second Floor, Courtroom #1, 900 Market St., Philadelphia, Pennsylvania, 19107.

2.    <u>Objections to Plan</u>. Wednesday, September 6, 2023, is the deadline for filing and serving written objections to confirmation of the Debtor's plan of reorganization pursuant to Federal Rules of Bankruptcy Procedure 2002(b) and 3020(b)(1). *Any party in interest objecting to the Debtor's plan of reorganization, including the proposed treatment of any claim or interest under the plan, must file and serve a timely objection in accordance with this Scheduling Order and the applicable rules*.

3.    <u>Service of Plan Documents</u>. On or before August 15, 2023, the Debtor shall serve a copy of this Scheduling Order, the Debtor's plan of reorganization, on all creditors, equity security holders, other parties in interest, the Subchapter V Trustee, and the United States Trustee, as provided in Federal Rule of Bankruptcy Procedure 3017(d).  ***The Debtor's attorney shall thereafter promptly file a certificate of service with the Court***.

Date:  **August 10, 2023**

_____

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**