IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>LYM DEVELOPMENT, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 23-11435-pmm |

**ORDER**

AND NOW, this ____ day of September 2023, upon consideration of the U.S. trustee's Motion to Convert to Chapter 7, and the Debtor's response and after a hearing,

It is **ORDERED** that the Motion is **DENIED.**

BY THE COURT

_____
Patricia M. Mayer
U.S. Bankruptcy Judge