# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE: LYM Development, LLC : Chapter 7
: 
:
Debtor. : Bky. No. 23-11435 (PMM)

## ORDER GRANTING IN PART AND DENYING IN PART FEE APPLICATION

**AND NOW**, upon consideration of the Application for Compensation and Reimbursement of Expenses filed by Gellert Scali Busenkell & Brown LLC ("the Applicant") (doc. #150, the "Application") in which the Applicant requests the allowance of compensation in the amount of **$61,820.00** for representation of the Debtor from May 17, 2023 through September 13, 2023. The Application also seeks **$4,337.68** in reimbursement of expenses;

AND creditor ING Properties LLC having filed an Objection to the Application (doc. #154);

AND a hearing with regard to the Application having been held and concluded on October 25, 2023;

AND for the reasons stated on the record at the hearing, it is hereby **ordered** that:

1) The Application is **granted in part and denied in part**;

2) Fees are awarded to the Applicant in the amount of **$30,910.00**;

3) Expenses are awarded in the amount of **$4,337.68**; and

4) The Applicant is authorized to draw down the remainder of the retainer balance of $6,353.30

**Date: October 25, 2023**

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**