**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: LYM Development, LLC, | : | Chapter 7 |
| | : | |
| | : | |
| Debtor. | : | Bky. No. 23-11435 (PMM) |

**ORDER TO SHOW CAUSE**

**AND NOW**, upon consideration of the Order entered on October 2, 2023 (doc. #153, the "Rule 2004 Order") Compelling the Debtor's principal Michaela Hayes ("Ms. Hayes") to Comply with the Bankruptcy Rule 2004 Consent Order;

**AND** the Rule 2004 Order having ordered Ms. Hayes to produce certain specified documents, equipment, and information to the chapter 7 Trustee on or before October 12, 2023;

**AND** at the status hearing held on October 25, 2023, counsel for creditor ING Properties LLC having advised the Court that Ms. Hayes has not complied with the terms of the Rule 2004 Order;

It is, therefore, hereby **ORDERED**, that Ms. Hayes **SHALL APPEAR** for a hearing on **Wednesday, November 8, 2023 at 9:30 a.m. in Bankruptcy Courtroom No. 1, U.S. Courthouse, 900 Market Street, 2d Floor, Philadelphia, PA 19107** and **show cause** why she should not be **held in contempt** of the Rule 2004 Order and **sanctioned accordingly**.

Failure to appear at the hearing may result in a **finding of contempt and or imposition of a sanction** without further notice or hearing.

**Date: October 25, 2023**

_Patricia M. Mayer_
_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**